UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00064-MOC

| | | |
|---|---|---|
| **DOMINIC MAIER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on periodic review, which reveals that plaintiff has failed to file a Stipulation of Dismissal within the time allowed. After plaintiff filed its "Notice of Settlement" (#5), the court provided plaintiff with the following notice:

> **COURT NOTICE to the Parties: Agreement for entry of judgment or a stipulation of dismissal to be filed within 30 days or the court will dismiss the case without prejudice. Case Settlement Deadline 6/9/2014. (Allen, Ruth) (Entered: 05/05/2014)**

As of June 10, the stipulation had not been filed. Plaintiff shall, therefore, file a stipulation of dismissal within seven days.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff file her stipulation of dismissal within seven days.

Signed: June 10, 2014

Max O. Cogburn Jr.
United States District Judge